**BARSHAY SANDERS, PLLC**
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 115096
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Daniel Torres, individually and on behalf of all those similarly situated, | Docket No: 2:18-cv-09219-JMV-MF |
| Plaintiff, | |
| -against- | |
| Convergent Commerical, Inc., | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily dismissed with prejudice against the defendant.

Dated: September 6, 2018

**BARSHAY SANDERS, PLLC**

By: ___/s *Craig B. Sanders*___
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 115096
*Attorneys for Plaintiff*

So Ordered.

_____
John Michael Vazquez, U.S.D.J.
Date: 9/18/18